UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )   Criminal No. 22-10325-FDS |
| | ) |
| (4) JAVIER BELLO, a/k/a "Javi," | ) |
| Defendant. | ) |

## FINAL ORDER OF FORFEITURE

**SAYLOR, D.J.**

WHEREAS, on October 4, 2024, in connection with the charges against defendant Javier Bello, a/k/a/ "Javi" (the "Defendant"), this Court issued a Preliminary Order of Forfeiture against the following property, pursuant to 21 U.S.C. § 853 and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure:

    a.    $7,500 in U.S. currency, seized on October 25, 2022;[1]

    b.    Assorted jewelry, seized on October 25, 2022;

    c.    White Louis Vuitton bag, seized on October 25, 2022;[2]

    d.    Gold necklace, seized on October 25, 2022;[3]

    e.    Assorted jewelry, seized on October 25, 2022; and

    f.    One Rolex Sky-Dweller Champagne Dial with two-tone Oyster Bracelet with Diamonds

(collectively, Items b., c., e., and f., - the "Properties");

---

[1] The $7,500 in U.S. currency was administratively forfeited by the United States Drug Enforcement Administration, on or about October 18, 2024, and is therefore no longer available for forfeiture in the instant criminal case.

[2] This item was incorrectly described as a White Luis Vuitton bag, seized on October 25, 2022.

[3] The Gold necklace was administratively forfeited by the United States Drug Enforcement Administration, on or about November 7, 2024, and is therefore no longer available for forfeiture in the instant criminal case.

WHEREAS, notice of the Preliminary Order of Forfeiture was sent to all interested parties and published on the government website www.forfeiture.gov for thirty (30) consecutive calendar days, beginning on October 11, 2024, and ending on November 9, 2024; and

WHEREAS, no claims of interest in the Properties have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so has expired.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. The United States' Motion for a Final Order of Forfeiture is allowed.

2. The United States of America is now entitled to the forfeiture of all right, title, or interest in the Properties, and they are hereby forfeited to the United States of America pursuant to 21 U.S.C. § 853 and Rule 32.2(c) of the Federal Rules of Criminal Procedure.

3. All other parties having any right, title, or interest in the Properties are hereby held in default.

4. The United States is hereby authorized to dispose of the Properties in accordance with applicable law.

5. This Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

F. DENNIS SAYLOR IV
United States District Judge

Dated: 7-10-2025



Certified to be a true and correct copy of the original
Robert M. Farrell, Clerk
U.S. District Court
District of Massachusetts

By: Melonie Cooke
    Deputy Clerk

Date: 7/10/2025